UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. K.,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>              Defendants. | Case No.  25-cv-10890-SK<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether *F.K. v. United States of America (Federal Bureau of Prisons) et al.*, No. 25-cv-10890-SK is related to *M.R. v. Federal Correctional Institution "FCI" Dublin et al.*, No. 22-cv-05137-YGR.

**IT IS SO ORDERED**.

Dated: December 23, 2025



_____
SALLIE KIM
United States Magistrate Judge